BEFORE THE THIRD DIVISION, MAY 9, 1949

**No. 53127.**—Suey Chong & Co. et al. *v.* United States, protests 846090–G, etc. (San Francisco).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53128.**—Hip Hing & Co. et al. *v.* United States, protests 63773–K, etc. (San Francisco).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53129.**—China Tea Trading Co. et al. *v.* United States, protests 76383–K, etc. (Los Angeles).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53130.**—Brookside Distilling Products Corp. et al. *v.* United States, protests 123991–K, etc. (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained. The protests were overruled in all other respects.